E-FILED
Tuesday, 05 March, 2013  09:13:30 AM
Clerk, U.S. District Court, ILCD

FILED
MAR 4 2013
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

Phyllis King )
_____ )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
Goodwill Ind. )
_____ )
_____ )
_____ )
_____ )
(Name of the defendant or defendants) )

CIVIL ACTION

NO. 13-1095

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  Plaintiff ☑ DOES ☐ DOES NOT demand a jury trial.

#### I. PARTIES

2.  The plaintiff is __Phyllis King__,
whose street address is __1220 N. Douglas__,
(city) __Peoria__ (state) __Il.__ (ZIP) __61606__
(Plaintiff's telephone number) __(309)-673-7205__

3.  The defendant is __Goodwill Ind.__, whose
street address is __2319 War Memorial Dr. - Temporary at 8800N Allen Rd.__
(city) __Peoria__ (state) __Il__ (ZIP) __61614__
(Defendant's telephone number) __(309)-682-1113__

4.  The alleged discrimination occurred at __E. Peoria Goodwill__
(city) __Peoria__ (state) __Il.__ (ZIP) __61606__

5.  The plaintiff [*check one box*]

(a)☐    was denied employment by the defendant.

(b)☐    was hired and is still employed by the defendant.

(c)☑    was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _July_ , (day) _10th_, (year) _2012_.

## II. JURISDICTION

7.  Jurisdiction over this claim is based on 28 U.S.C. § 1331.  Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☑ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The
      Rehabilitation Act, 29 U.S.C. § 701)

☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☑ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Race (42 U.S.C. § 1981)

☐ Religion  (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

☐ Other (list): _____

8.  Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9.  Plaintiff ☐ HAS ☑ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

2

10. Plaintiff ☑ HAS ☐ HAS NOT received a Right to Sue Notice.  If yes, Plaintiff's Right to Sue Notice was received on or about (date) _____ .

**[Attach copy of Notice of Right to Sue to this complaint.]**

### III.  FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

(a) ☐  by failing to hire the plaintiff.

(b) ☐  by terminating the plaintiff's employment.

(c) ☐  by failing to promote the plaintiff.

(d) ☐  by failing to stop harassment;

(e) ☑  by failing to reasonably accommodate the plaintiff's disabilities.

(f) ☐  by failing to reasonably accommodate the plaintiff's religion.

(g) ☐  by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

(h) ☐  by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

(i) ☐  with respect to the compensation, terms, conditions, or privileges of employment;

(j) ☐  other (specify): _____

_____

_____

_____

_____

_____

3

12. State here briefly and as clearly as possible the essential facts of your claim.  Describe precisely how each defendant in this action is involved.  Give dates and places.  Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights.  It is not necessary to make legal arguments or cite any cases or statutes.

On or about June 22 or 24th I let the manager (Julie E) know that my back pain had increased and that I was going to let Chris Johnson know about it along with some other issues I had. At the time Goodwill's corprate office was moving to new location so I written a letter to Mrs. Johnson stating the concern's I had and about my lower back pain about 2 wks had passed and I was sent to IWIRC (July 10th 2012) and til this day was not allowed to go back to work I was put on 12 wks o7 medical leave with no pay IWIRC said I was to be released back to work by PCP I was released to work 2 times and eventually let go. the Discrimination is nothing had change I had went through Physical Therapy and still working, I was allowed to sit when it frist strated and now pain increased and they decide to get rid o7 me due to liabilities. It was wrong I demand to be compensadied for what they done my mortgage and everything is in jeopac be cause 7 this.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
   [*check only those that apply*]

   (a) ☐   Direct the defendant to hire the plaintiff.

   (b) ☐   Direct the defendant to re-employ the plaintiff.

   (c) ☐   Direct the defendant to promote the plaintiff.

   (d) ☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☑   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☐   Direct the defendant to (specify): be responsible for all lost wages

4

It took me til Nov to get approved
for unemployment I have all documents
to prove to prove release back to work

(g) ☑  If available, grant the plaintiff appropriate injunctive relief, lost wages,
liquidated/double damages, front pay, compensatory damages, punitive damages,
prejudgment interest, post-judgment interest, and costs, including reasonable
attorney fees and expert witness fees.

(h) ☐  Grant such other relief as the Court may find appropriate.

_Phyllis King_
(Plaintiff's signature)

_Phyllis King_
(Plaintiff's name)

_1220 N. Douglas_
(Plaintiff's street address)

(City) _Peoria_    (State) _Il._   (ZIP) _61604_

(Plaintiff's telephone number) _809_ – _673-7205_

Date: _3-4-13_

5