IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |  |
|---|---|---|
| PHYLLIS KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  13-CV-1095 |
| | ) | |
| GOODWILL INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On June 12, 2013, Defendant filed a Motion to Dismiss Plaintiff's Race Discrimination Claim (d/e 11) which incorporated a memorandum of law.  *Pro se* Plaintiff's response to the Motion to Dismiss was due on July 1, 2013.   On July 2, 2013, no response having been filed by *pro se* Plaintiff, this Court issued a docket entry directing Plaintiff to file a written response to the Motion to Dismiss on or before July 23, 2013 or the Court would presume Plaintiff had no objection to the Motion to Dismiss Plaintiff's Race Discrimination Claim (d/e 11).  No response was filed.

Also on July 2, 2013, the Court issued a Notice of Hearing of the Rule 16 Scheduling Conference to be held by telephone on August 6,

2013.  At the scheduling conference held on August 6, 2013, *pro se* Plaintiff and Attorney Jennifer Ballard, counsel for Defendant, appeared via telephone.  During that telephone conference before the undersigned, *pro se* Plaintiff stated she had no objection to the dismissal of her claim of racial discrimination through the allowance of Defendant's Motion to Dismiss (d/e 11).

    WHEREFORE the Court recommends that Defendant's Motion to Dismiss Plaintiff's Race Discrimination Claim (d/e 11) be allowed and that the case be directed to move forward on Plaintiff's remaining allegations.

    The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

ENTER:  August 12, 2013

    FOR THE COURT:

                           _____*s/ Byron G. Cudmore*_____
                              BYRON G. CUDMORE
               UNITED STATES MAGISTRATE JUDGE