UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 2 0 2013
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PHYLLIS KING,            )
                         )
    Plaintiff,           )
                         )
v.                       )   Case No. 13-CV-1095
                         )
GOODWILL INDUSTRIES,     )
                         )
    Defendant.           )

## ORDER

This matter is before this Court following a Report and Recommendation [#17] filed on August 12, 2013 by United States Magistrate Judge Byron S. Cudmore recommending that Plaintiff, Phyllis King's, racial discrimination claim be dismissed based on the agreement of the parties. Having reviewed the filings and the Report and Recommendation, this Court agrees and ADOPTS the Report and Recommendation [#17].

Accordingly, based on the agreement of the parties, Plaintiff's racial discrimination claim is DISMISSED. All other claims remain.

ENTERED this 20 day of August, 2013.

s/Chief Judge James E. Shadid

_____
James E. Shadid
Chief United States District Judge