IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

PHYLLIS KING,            )
                         )
        Plaintiff,      )
                         )   Case No. 1:13-CV-01095-JES-BGC
v.                       )
                         )
GOODWILL IND,            )
                         )
        Defendant.      )

### STIPULATION TO DISMISS

Plaintiff, Phyllis King, and Defendant, Goodwill Industries (collectively "the Parties") hereby state that all matters in controversy between the Parties as set forth in the Complaint have been amicably compromised and settled. It is therefore stipulated and agreed by the Parties as follows:

1. This case shall be dismissed as to Defendant Goodwill Industries with prejudice.

2. Each Party shall bear its own costs, expenses and attorney's fees.

3. An Order pursuant to the following may be entered by the Court without further notice, with the Court retaining jurisdiction to enforce compliance with the settlement agreement as a proper term of this dismissal. *See Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375, 381-82 (1994). In the event application for the enforcement of the settlement agreement is necessary, such application may be made to the Court using the caption and style of this action.

WHEREFORE, Phyllis King and Goodwill Industries pray that this Court enter and Order of Dismissal as set forth herein.

STIPULATED AND AGREED TO BY:

GOODWILL INDUSTRIES

By: /s/ Jennifer M. Ballard
    One of Its Attorneys

Tom H. Luetkemeyer, 6183248
tluetkemeyer@hinshawlaw.com
Jennifer M. Ballard, 6295824
jballard@hinshawlaw.com
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

PHYLLIS KING

By: _____
    Phyllis King

OFFICIAL SEAL
DAVID E. DUDLEY
Notary Public - State of Illinois
My Commission Expires Jan 12, 2015

11-4-13

130681823v1 0947766